### In re District Judge Ronald F. KILBURN

[772 A.2d 1103]

No. 00-380

March 21, 2001. Upon recommendation of the Judicial Conduct Board and no appeal having been filed, the recommendation of the Judicial Conduct Board filed on February 27, 2001, is approved and District Judge Ronald F. Kilburn is hereby publicly reprimanded for violating Canon 3B(8) by failing to dispose of judicial matters promptly and efficiently. Rules of Supreme Court for Disciplinary Control of Judges, Rule 11.